# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-662

_____

VINCENT THOMPSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Robert R. Wheeler, Judge.

October 11, 2019

PER CURIAM.

We affirm Appellant's judgment and sentence, but remand for the court to enter a written adjudication nunc pro tunc of its competency determination. *See Merriell v. State*, 169 So. 3d 1287, 1289 (Fla. 1st DCA 2015) (remanding for entry of nunc pro tunc written order). We find no error as to Appellant's other points raised on appeal.

AFFIRMED and REMANDED with instructions.

LEWIS, MAKAR, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Andy Thomas, Public Defender, and Kathryn Lane, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Sharon Traxler, Assistant Attorney General, Tallahassee, for Appellee.